# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | |
| Cynthia Anne Bennett ) | Case Number:     20−00207 |
| PO Box 986 ) | |
| Meridian, ID 83680 ) | Chapter Number: 13 |
| ) | |
| Social Security No.: xxx−xx−9276 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately or the case may be DISMISSED after the due dates listed below.

Employee Income Records due 03/17/2020
Ch 13 Income Form 122C−1 due 03/17/2020
Domestic Support Stmt due 03/17/2020
Chapter 13 Plan due 03/17/2020
Summary of Schedules due 03/17/2020
Schedules A/B−J due 03/17/2020
Stmt. of Fin. Affairs due 03/17/2020

Dated: 3/3/20

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court